## Ganey *et al* v. Sikes.

*Bill in Equity for Reformation of Administrator's Conveyance of Lands sold under Probate Decree.*

1. Affirmed on the authority of the former decision in this case. *Ganey v. Sikes,* 76 Ala. 421.

APPEAL from Crenshaw Chancery Court.
Heard before Hon. JOHN A. FOSTER.

[Mitchel et al. v. Hardie.]

I. H. PARKS and RICE & WILEY, for appellants.

GAMBLE & RICHARDSON, contra.

SOMERVILLE, J.—The decree must be affirmed on the authority of *Ganey v. Sikes*, 76 Ala. 421. The bill has been amended since the last appeal, and additional testimony taken, so as to correct the only defect of allegation and proof pointed out in the opinion of the court.

Affirmed.